EXHIBIT 'A'

INTERNATIONAL BILL OF EXCHANGE

PRESENTED TO JOSEPH J TIRELLO'S CLIENT

LAKEVIEW LOAN SERVICING

RECORDED/REGISTERED FUNDS <70201290000208538948>

*******Private Issue*******   *******Private Issue*******

## International bill of exchange (UNCITRAL Convention)
Pursuant to and in accordance with final articles of the UNCITRAL Convention in effect on the date hereof.
REF: Ratified Convention Articles 1-7, 11, 12, 13, 46(3), 47(1), 53

**Drawer and Location:**
Mikkel Stanley Lamb
C/O: 10035 East Clark Springs Trail
Arizona, Tucson, [85747]
Non Domestic Without the United States

**Pay To The Order Of:** UNITED STATES TREASURY- WASHINGTON, D.C.    **At:** Sight    **Days After:** Not Applicable

**Unconditionally The Sum Certain:** Two hundred eighty eight thousand nine hundred eighty four and 55/100    $ 288,984.55

TO: ENS LEGIS UNITED STATES TRUST MIKKEL STANLEY LAMB®
EXEMPT PRIORITY PREPAID ACCOUNT # 223552080
Credit by assignment through Drawer's UCC CONTRACT TRUST ACCOUNT # 88-6211316
UCC 3 Financing Statement on File with Colorado Secretary of State - Filing # 20222025863
Holder of Private Registered Bond # 70210950000072519101; Secretary of the Treasury

**Autograph:** _Mikkel Stanley Lamb_
"As Good as Aval" By Authorized Representative

RECEIVED
JUN [stamp]
Mikkel Stanley Lamb
C/O 10035 East Clark Springs Trail
Arizona, Tucson [85747]
Non Domestic Without the United States

Present This International bill of exchange (UNCITRAL Convention) Directly To The Collecting Party with Documents, Acceptance For Honor To Credit Upon Sight Legal Tender for Debts, Public Charges, Taxes and Dues Payable without Deductions and Free of ANY LEVY, Duties or Impost of any nature in (USD).

# ***FOR SETOFF PURPOSES ONLY!***
# ALSO TERMED
# COMPENSATION

REORDER 140-5187 FORM #7200

EXHIBIT 'B'

DOCUMENTATION IN RESPONSE

TO THE PRESENTMENT

OF

INTERNATIONAL BILL OF EXCHANGE



**LOANCARE**
A SERVICELINK COMPANY

June 27, 2023

MIKKEL STANLEY LAMB
10035 E CLARK SPRINGS TR
TUCSON AZ 85747

Enclosed is your check we are returning for the following reason(s):

_____ Loan is paid in full

_____ No Signature

_____ Amount is written incorrectly

_____ Cannot accept without written amount

_____ An endorsement is required

_____ Must be wire or certified funds

_____ Not our policy to accept postdated checks

_____ Loan was sold to a new servicer

\_\_X\_\_ Other

WE DO NOT ACCEPT TREASURY CHECKS FOR PAYOFF. PLEASE SEND A WIRE.

REMITTANCE INSTRUCTIONS ARE ENCLOSED.

Please continue to write your loan number on your check and call us at (800) 909-9525 if you have any questions.

Sincerely,

Cashiering Department

# IMPORTANT INFORMATION

### Fannie Mae HomeSavers Advance
If you have a Fannie Mae HomeSavers Advance note it must be paid in full before selling your property. Please contact your HomeSavers Advance servicer for payoff information with respect to that loan. Payoff of the HomeSavers note is not required to release the first lien mortgage loan related to this payoff statement.

### Hope for Homeowners (H4H) Program
If your loan was originated with the Hope for Homeowners (H4H) program or has had a partial claim recorded against your property, you must contact the U.S. Department of Housing and Urban Development (HUD) servicing contractor, ISN Corporation — Western Operations Center, to obtain a payoff statement. Toll-Free Number (800) 225-5342; Fax Number (405) 724-7800; Email: PCPayoffs@hud.gov.

### Lien Release/Satisfaction/Reconveyance
The lien release/satisfaction/reconveyance will be mailed directly to the county for recording after the payoff is posted to the account. Once received from the county, we will forward to the borrower at the last known address.

### Original Collateral Documents
Original documents will be forwarded to the borrower at the last known address after the payoff funds have been applied.

### Payoff Information
Payoff amount is subject to change due to any returned bank items and/or payments of any escrowed items, such as taxes, insurance and private mortgage insurance (PMI).

Payoff funds must be sufficient to cover all escrow advances, interest, prepayment penalties, principal, and fees. If additional funds are needed, we will notify you and we must receive these funds within two business days.

Interest will continue to accrue if the paid in full balance is not received. Payoffs funds that do not cover the total amount due will be returned.

The principal balance reflected on the statement is based on the clearance of the last payment posted. The mortgagor will not stop payment on any funds remitted. If we receive notification to stop payment after the payoff, the loan will not be released until all funds are paid.

If your payments are automatically withdrawn by us or other services (bill pay, 3rd party, Internet banking, etc.), please cancel at least three business days before your next scheduled withdrawal date.

### Home Equity Line of Credit (HELOC)
If you are paying off a HELOC, please be advised we require a written request signed by the borrower to close the credit line. Upon receipt of the correct and final payoff, and the fulfillment of all requirements under your loan agreement, the lien release will be processed and the credit line will be closed and no further draws against the account will be honored.

In the absence of strict compliance with the foregoing, any payment you make will be applied; however, the credit line will not be closed nor the lien released.

LoanCare, LLC NMLS ID 2916

---

### Payoff Remittance Instructions
Payoff funds must be made payable to your lender and mailed to either address listed below. Please note that all overnight mail must be sent to the physical address. We do not accept deliveries on Saturday, Sunday or holidays. Funds received in our office after 3 p.m. Eastern Standard Time (EST) will be processed the next business day.
*Only Cashiers check, certified check, Attorney's Trust check or wire transfer will be accepted for Payoff.

Overnight Address
Attn: Payoff Department
3637 Sentara Way
Virginia Beach, VA 23452

Mailing Address
Attn: Payoff Department
Post Office Box 8068
Virginia Beach, VA 23450

Wire transfers must be submitted as follows:
Wells Fargo
420 Montgomery St.
San Francisco, CA 94104
Account Name: Collection Clearing Account
ABA#: 121000248
Account Number: 2000037424631
Attn: Payoff Department
Customer's Name
Loan Number

**ZBS Law, LLP**
**3550 N. Central Ave., Ste. 1190**
**Phoenix, Arizona 85012**
**Phone: (602) 282-6188**

May 15, 2023

Mikkel Stanley Lamb
c/o LoanCare, LLC

Re:  T.S. Number:     22-63727              Loan Number:     0055524771
     Property Address:  10035 E CLARK SPRINGS TR, TUCSON, AZ 85747

The amount to payoff the above referenced loan is as follows:

| | | |
|---|---|---|
| **Unpaid Principal Balance:** | | $288,984.55 |
| **Accrued Interest from 4/1/2022** | | $7,585.90 |
| **Date** | **Description** | **Amount** |
| 5/12/2023 | Accrued Late Charges | $247.55 |
| 5/12/2023 | Corporate Advance | $5,173.99 |
| 5/12/2023 | Escrow Advance | $3,301.05 |
| **Outstanding Foreclosure Fees and Costs:** | | $0.00 |
| **\*\*Estimated payoff amount is good through  6/1/2023** | | $305,293.04 |

**\*\*NOTE**: This amount is an estimate. You <u>MUST</u> contact our office to confirm the total amount prior to purchasing the cashier's check! **FAILURE TO DO SO <u>*WILL*</u> RESULT IN THE RETURN OF YOUR FUNDS.**

Please submit your **cashier's check**, payable to **LoanCare, LLC,** *3637 Sentara Way, Virginia Beach, VA 23452*. Please be advised that this figure is subject to change due to escrow disbursements, attorney and trustee fees and costs, and other advances that may become due subsequent to the date of this statement.

<u>**IT IS IMPORTANT THAT YOU CONTACT OUR OFFICE BEFORE SUBMITTING PAYMENT TO VERIFY THE FIGURES IN THIS QUOTE HAVE NOT CHANGED**</u>

This office is enforcing a security interest of your creditor. To the extent that your obligation has been discharged by a bankruptcy court or is subject to an automatic stay of bankruptcy, this notice is for informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation. If you are represented by an attorney, please provide us with the attorney's name, address and telephone number.

Thank you,

*/s/ Chris Perry*
Chris Perry
Arizona Foreclosure Manager
ZBS Law, LLP
cc: LoanCare, LLC

**20232640281**

09/21/2023 01:22 PM   Page 1 of 3
eRECORDED IN OFFICIAL RECORDS OF PIMA COUNTY, AZ
Gabriella Cázares-Kelly, Recorder

RECORDING REQUESTED BY:

AND WHEN RECORDED MAIL TO:
KMS Enterprises, LLC
5225 E Pima St
Tucson, AZ 85712

Forward Tax Statements to
the address given above

Exempt per 11-1134(B)(1)

SPACE ABOVE THIS LINE FOR RECORDER'S USE

TS #: 22-63727

Title Order #: 220555644-AZ-VOI

## TRUSTEE'S DEED UPON SALE

"This instrument is being recorded as a ACCOMMODATION ONLY, with no Representation as to its effect upon title"

A.P.N.: 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

Joseph J. Tirello, Jr., a member of the State Bar of Arizona, as duly appointed Trustee under the Deed of Trust hereunder more particularly described does hereby GRANT and CONVEY to:

KMS Enterprises, LLC, an Arizona Limited Liability Company,

herein called Grantee, the following described real property situated in Pima County, State of Arizona, described as follows:

**LOT 30, OF SAGUARO TRAILS BLOCK 4, A SUBDIVISION OF PIMA COUNTY, ARIZONA ACCORDING TO THE MAP OR PLAT THEREOF OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PIMA COUNTY, ARIZONA IN DOCUMENT NUMBER 2019-3540791. AFFIRMATION AND RATIFICATION OF PLAT RECORDED FEBRUARY 10, 2020 IN DOCUMENT NUMBER 2020-0410833.**

This conveyance is made pursuant to the powers, including the power of sale, conferred upon Trustee by the Deed of Trust dated 12/10/2020 executed by MIKKEL STANLEY LAMB, AN UNMARRIED MAN, as Trustor to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS BENEFICIARY, AS NOMINEE FOR MATTAMY HOME FUNDING, LLC., ITS SUCCESSORS AND ASSIGNS, as beneficiary, and recorded on 12/11/2020, as Sequence Number 20203460887, which was re-recorded on 10/11/2022 as Sequence No. 20222840608, in the office of the County Recorder of Pima County, Arizona and in compliance with the laws of the State of Arizona authorizing conveyance.

Said property was sold by Trustee at public auction on 9/13/2023, at the place named in the Notice of Trustee's Sale. Grantee being the highest bidder at such sale, became the purchaser of said property for the amount bid, being $337,100.00, which payment was made either entirely in cash or by the satisfaction, pro-tanto, of the obligations then secured by said Deed of Trust.

In witness thereof, Joseph J. Tirello, Jr., a member of the State Bar of Arizona, as Trustee, has this day, caused his name to be hereunto affixed.

